

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jack Robertson<br><br>Plaintiff,<br>V.<br><br>City of San Diego; Does 1-10<br><br>Defendant. | Civil Action No.  13-cv-1460-AJB-JLB<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment in favor of the defendant on all claims with CCP 1542 waiver, without prejudice to parties settlement of gate issue.  Counsel waive preparation of a written decision.  Each party to bear their own costs.  Settlement as to access to gate at children's pool will be stipulated by counsel and separately resolved.

**Date:**    6/27/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Corsello

A. Corsello, Deputy